UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES )<br>)<br>v.                                            )<br>)<br>ALEXANDER VILLAR     )<br>) | 22-CR-10325-FDS |

**DEFENDANT'S MOTION FOR VOLUNTARY DETENTION**
(GOVERNMENT NOT OPPOSING)

Now comes Defendant, ALEXANDER VILLAR, by counsel, and says as follows:

1. Mr. Villar agrees to voluntary detention (understanding that he may subsequently request a hearing seeking release on appropriate conditions to be scheduled at the convenience of the parties and this Court).

WHEREFORE, Mr. Villar requests this Court to permit him to be detained voluntarily, without prejudice.

                                                Respectfully submitted,
                                                **ALEXANDER VILLAR,**
                                                By his Attorney,

                                                /s/     George F. Gormley
                                                George F. Gormley (BBO #204140)
                                                GEORGE F. GORMLEY, P.C.
                                                160 Old Derby Street, Suite 456
                                                Hingham, MA 02043
                                                Tel: (617) 268-2999
                                                Fax: (617) 268-2911
                                                Email: gfgormley@aol.com

Dated: December 1, 2022

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                        /s/ George F. Gormley

                                        _____

                                        George F. Gormley